AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ezra Titus Thomas | ) Case No: 4:11-cr-02159-TLW |
| | ) USM No: 23294-171 |
| Date of Original Judgment: 09/19/2012 | ) |
| Date of Previous Amended Judgment: | ) William F. Nettles IV |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 90* months **is reduced to** 87** months.

*(Complete Parts I and II of Page 2 when motion is granted)*

\* This term consists of 54 months on Count 4, and 36 months consecutive on Count 6.

\*\* This term consists of 51 months on Count 4, and 36 months consecutive on Count 6.

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated 09/19/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/12/2015            s/ Terry L. Wooten
                                  *Judge's signature*

Effective Date: 11/01/2015        Terry L. Wooten, Chief United States District Judge
*(if different from order date)*  *Printed name and title*